## <u>AFFIDAVIT IN SUPPORT OF APPLICATION FOR ISSUANCE OF ARREST WARRANT</u>

Your affiant, HSI TFO Ryan Boone, being dully sworn and deposed, states the following:

1.      Your affiant is a Task Force Officer with Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Homeland Security Investigation (HSI) and has been so since 2017.  Your affiant is currently assigned to an investigation regarding a drug trafficking organization (DTO) that is involved in the transportation and distribution of cocaine to the Hampton Roads area of VA.

2.      Your affiant makes this affidavit in support of an application for an arrest warrant for the following individuals:

  a.  **Bartolo Paulino SILVERIO**

  b.  **Darinel DE LA CRUZ BERROA**

3.      This request for an arrest warrant is made in relation to the following offenses occurring in the Eastern District of Virginia (EDVA) and elsewhere:

  a.  Manufacture, Distribution, or Possession of a Controlled Substance on a vessel in violation of Title 46, U.S.C. Section 70503

### <u>FACTS AND CIRCUMSTANCES</u>

4.      Since November 2018, Special Agents and Task Force Officers assigned to the Department of Homeland Security (HSI), working in conjunction with Drug Enforcement Administration Special Agents assigned to the Hampton Post of Duty, have been investigating maritime smuggling operations occurring within International Waters.

5.      On December 7, 2020, while on routine patrol in international waters, a United States Customs and Border Protection (CBP) marine patrol aircraft detected a target of interest approximately 78 nautical miles northwest of Aguadila, Puerto Rico.  The target of interest was described as a Go Fast Vessel (GFV) with one outboard engine having two persons on board with visible fuel barrels and packages on the deck.  United States Coast Gutter (USCGC) Joseph Doyle launched a helicopter and a smaller patrol boat with a boarding team to interdict the suspect vessel.  As the helicopter approached the GFV

the subjects on board were observed jettisoning packages of suspected contraband while attempting to elude the USCG.  After warning shots were fired by USCG the GFV became compliant and the USCG boarding team obtained positive control of the GFV. USCGC Joseph Doyle personnel made contact with two crew members on board, while in international waters, and identified the crew members as Bartolo Paulino SILVERIO and Darinel DE LA CRUZ BERROA.  Both SILVERIO and DE LA CRUZ BERROA claimed Dominican nationality and the USCGC Joseph Doyle recovered three of the jettisoned packages containing approximately 49 kilograms of cocaine, a schedule II controlled substance.

6.     There was no indicia of nationality observed on the vessel and when asked about the nationality of the vessel SILVERIO stated it was from the Dominican Republic.  The government of the Dominican Republic could neither confirm nor deny nationality of the vessel. USCGC Joseph Doyle personnel were unable to locate any further contraband due to rough seas.  Both mariners found aboard the GFV were detained and are being transferred to the Eastern District of Virginia for prosecution.

Based on the above, I believe that there is probable cause to believe that a violation of Title 46 U.S.C., Section 70503 has been committed by, **Bartolo Paulino SILVERIO** and **Darinel DE LA CRUZ BERROA**

Ryan Boone
HSI Task Force Officer
U.S. Department of Homeland Security

Read and Approved:

Eric M. Hurt
Assistant United States Attorney

Sworn and subscribed to before me
On this 15th day of December 2020

Lawrence R. Leonard
United States Magistrate Judge
Norfolk, Virginia

2